IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

WALTER HOSKINS                                                    PETITIONER

V.                          2:23-CV-00090 BSM/PSH

E. KESSEL,[1] Acting Complex Warden,
FCC Forrest City                                                  RESPONDENT

# ORDER

Walter Hoskins ("Hoskins") filed this habeas corpus action on April 6, 2023. The lawsuit was not a challenge to his conviction and sentence. Instead, Hoskins made clear that his challenge, brought under 28 U.S.C. § 2241, centered upon the interpretation of the First Step Act and its effect upon credits which might be earned. Hoskins was in federal custody in Forrest City, Arkansas, when he filed his petition. Two months later, Hoskins notified the Court of his transfer to an institution in Thomson, Illinois. Doc. No. 6.

In his response to the petition, respondent E. Kessel ("Kessel") contends this Court lacks personal jurisdiction over Hoskins' custodian because of his transfer to a federal prison in a different jurisdiction. Doc. No. 7. Additionally, Hoskins has moved to transfer this case to the district court in the jurisdiction in which he is currently in custody. Doc. No. 10. The habeas corpus petition filed by Hoskins is

---

[1] E. Kessel has replaced John P. Yates as Warden, and the Clerk is directed to substitute E. Kessel as the proper respondent in this case. *See* 28 U.S.C. § 2242.

properly filed only in the location where the district court has jurisdiction over Hoskins' custodian.  *Braden v. 30th Jud. Cir. Ct. of Ky.*, 410 U.S. 484 (1973). Therefore, due to the lack of personal jurisdiction, the Clerk is directed to transfer this case to the United States District Court, Northern District of Illinois.

    IT IS SO ORDERED this 6th day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE